# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**                                                         **Case Number: 16-51948-tjt**
                                                                                       **Chapter 7**
**ROBBIN D. TRICE,**                                               **Judge Thomas J. Tucker**

**Debtor.**

_____/

## ORDER FOR MONETARY RELIEF AGAINST CREDITOR, MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY, FOR ITS CONTEMPT IN VIOLATING THE DISCHARGE INJUNCTION

This case is again before the Court on the Debtor's motion, entitled "Debtor's Motion to Hold Creditor, Michigan State Housing Development Authority, in Contempt and for Sanctions for Violation of the Discharge Injunction" (Docket # 35, the "Motion"). After no timely objections or responses were filed to the Motion, the Court entered an Order on July 24, 2018, holding the Michigan State Housing Development Authority in contempt and providing for certain relief. (Docket # 38, the "July 24 Order").

On August 2, 2018, under the July 24 Order, the Debtor filed and served an itemization of the amount garnished and of the attorney fees incurred by the Debtor (Docket # 43, the "Itemization"). No timely objection or response was filed to the Itemization. The Court has reviewed the Itemization, and finds that the amounts stated therein, and stated in this Order below, are "the amounts garnished by the Michigan State Housing Development Authority in violation of the discharge injunction, and . . . the reasonable attorney fees and expenses incurred by the Debtor because of the violations of the discharge injunction," within the meaning of the July 24 Order. Accordingly, the Court will order the following monetary relief.

IT IS ORDERED that the Michigan State Housing Development Authority must immediately reimburse the Debtor in the amount of $380.51, which is the amount garnished in violation of the discharge injunction, and must immediately pay to the Debtor's attorneys, Orlando Avant, PC, the amount of $1,248.00, which is the amount of the reasonable attorney fees incurred by the Debtor.

IT IS ORDERED that this Order constitutes a judgment for the foregoing monetary amounts, and as such it may be collected by all means normally available by law for the collection of judgments.

IT IS FURTHER ORDERED that the Debtor's counsel must promptly serve a copy of this Order on the Michigan State Housing Development Authority, and then file proof of such service.

**Signed on August 27, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge